United States District Court
Southern District of Texas
FILED

APR 25 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B 03 - 74 |
| | § | |
| FURNITURE FACTORY WAREHOUSE | § | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that FURNITURE FACTORY WAREHOUSE, INC., Defendant, referred to in error by Plaintiff herein as Furniture Factory Warehouse dba D.V.A. Thrift Store, Inc. and F.F.W., Inc., removes this action from the 404th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division. In support of this removal, Defendant represents the following:

1. This is a civil action originally styled C-2003-03-1602-G and filed in the 404th Judicial District Court for Cameron County, Texas, a court encompassed by the Brownsville Division of the Southern District of Texas.

3. In compliance with 28 U.S.C. §1446(a), copies of all process, pleadings and orders served in the state-court action are attached, together with an index of state court pleadings and a list of all counsel of record.

4. This Notice of Removal is filed within thirty days of receipt of the initial pleading served by the Plaintiff on Defendant. Removal is therefore timely under 28 U.S.C. §1446(b).

5. Defendant represents that it shall give written notice of this Removal to all parties, through their counsel, and shall file notice of the Notice of Removal with the Clerk of the District Court for Cameron County, Texas, consistent with the provisions of 28 U.S.C. §1446(d).

6. Removal of the action to federal court is justified on the basis of both federal question and complete diversity of citizenship. There is a federal question presented, as the suit is brought under the Age Discrimination in Employment Act, 29 U.S.C. §§ 621, et seq., and removal therefore is proper pursuant to 28 U.S.C. §1331 and 1441(b). Removal also is proper on the basis that there is complete diversity of citizenship among the parties. The Plaintiff is a citizen

of the State of Texas, and Defendant is an Alabama corporation with its principal place of business in Birmingham, Alabama. Moreover, for purposes of diversity jurisdiction, the matter in controversy exceeds the minimum jurisdictional level of this Court. Although no dollar amounts are specified in the Original Petition, it is evident that Plaintiff seeks to recover an amount of more than $75,000.00. Where the Plaintiff does not pray for a specific sum, the Court may look to the pleadings and notice of removal, or make an independent evaluation of the monetary value of the claim. Although Defendant specifically denies that the Plaintiff is entitled to recover by virtue of this suit, and further denies that the Plaintiff's damages meet or exceed the jurisdictional limits of this Court or any court, the amount in controversy nonetheless meets or exceeds the sum of $75,000.00, which is the minimum jurisdictional limit of this Court. Plaintiff should not be allowed, moreover, by virtue of his own vague pleadings, to thereby escape proper removal to this Court, where removal is done on the basis of diversity of citizenship. Thus, a review of the Plaintiff's Original Petition, along with consideration of the nature of the alleged causes of action, prayer for relief, including a request for compensatory and exemplary damages, sufficiently establishes that it does not appear to be a legal certainty that Plaintiff's claim is actually for less than the minimum jurisdictional limits of this Court. Removal therefore is proper pursuant to 28 U.S.C. §§1332 and 1441(a).

7. Therefore, this is a civil action over which the district courts of the United States have original jurisdiction, on the basis of both the federal question presented and complete diversity of citizenship of the parties, and may therefore be removed to this Court, pursuant to 28 U.S.C. §§1331 and 1441, and 29 U.S.C. §§ 626(c)(1) and 1132(a)(1).

WHEREFORE, the Defendant Furniture Factory Warehouse, Inc. prays that this action be removed to this Court and that this Court accept jurisdiction and henceforth place this action on the Court's docket for further proceedings.

Respectfully submitted,

*[signature: Raymond A. Cowley]*

Raymond A. Cowley (Lead Attorney)
State Bar I.D. No. 04932400
Federal I.D. No. 8642
4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax : (956) 686-6197

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY, L.L.P.**

*[signature: JW Dyer with permission Raymond A Cowley]*

J.W. Dyer
State Bar I.D. No. 06316020
3700 N. 10th St., Suite 105
McAllen, Texas 78501
Telephone: (956) 686-6606
Telefax : (956) 686-6601

OF COUNSEL:

**DYER & ASSOCIATES**

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following counsel of record, on the ___25___ day of __April_____, 2003.

Mr. Reynaldo Garza, III
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520

_____
Raymond A. Cowley

Citation for Personal Service – NON-RESIDENT NOTICE    Lit. Seq. # 5.002.01

No. 2003-03-001602-G

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: FURNITURE FACTORY WAREHOUSE
BY SERVING REGISTERED AGENT
MIKE NORRIS
9803 BROADWAY
SAN ANTONIO, TEXAS 78217

the DEFENDANT, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 404th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said PETITION was filed on MARCH 21, 2003. A copy of same accompanies this citation.

The file number of said suit being No. 2003-03-001602-G.

The style of the case is:

JUAN LUIS JARAMILLO
VS.
FURNITURE FACTORY WAREHOUSE

Said petition was filed in said court by REYNALDO GARZA, III (Attorney for PLAINTIFF), whose address is 680 E. ST. CHARLES, STE. 110 BROWNSVILLE, TEXAS 78520.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 21st day of MARCH, A.D. 2003.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By _____, Deputy

RETURN OF OFFICER

Came to hand the 4th day of APRIL, 2003 at 9: o'clock A.M., and executed (not executed) on the ___ day of _____, _____, by delivering to C.M. 7099-3220 0000-1379 6408 in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION.

Cause of failure to execute this citation is: _____

FEE serving 1 copy
Total....... $____
Fee paid by:_____

Sheriff/constable Amadeo Rodriguez Civil Process Service County, CAMERON
By _____ Deputy

CAUSE NO. 2003-03-1602-9

FILED_____O'CLOCK
AURORA DE LA GARZA DIST. CL
MAR 21 2003
DISTRICT COURT OF CAMERON COUNTY
_____DEF

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § | IN THE DISTRICT COURT OF |
| | § | |
| V. | § | |
| | § | CAMERON COUNTY, TEXAS |
| FURNITURE FACTORY WAREHOUSE | § | 404th JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **JUAN LUIS JARAMILLO**, hereinafter referred to as **PLAINTIFF**, complaining of **FURNITURE FACTORY WAREHOUSE**, hereinafter referred to as **DEFENDANT**, and for such cause of action, would respectfully show unto the Court and the Jury as follows:

### A. DISCOVERY CONTROL PLAN

**PLAINTIFF** intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.

### B. PARTIES

**PLAINTIFF, JUAN LUIS JARAMILLO,** is an individual residing in Rancho Viejo, Cameron County, Texas.

**DEFENDANT, FURNITURE FACTORY WAREHOUSE d/b/a D.V.A. THRIFT STORE, INC. and F.F.W., INC.,** is a corporation that may be served by register or certified mail, return receipt requested, by serving its registered agent for service, Mike Norris 9803 Broadway, San Antonio, Texas 78217.

## C. VENUE

This Court has venue is this lawsuit in that the events made the basis of this suit occurred in substantial part or in whole in Cameron County.

## D. FACTS

**PLAINTIFF** was hired by **DEFENDANT** in March of 2000 with over 22 years of experience in the furniture business. **DEFENDANT** had agreed to pay **PLAINTIFF** $70,000 per year with a $30,000 yearly bonus. After more than a year and a half on the job and implementing several programs that improved the store, **PLAINTIFF** was fired. Mike Morris, **PLAINTIFF'S** supervisor, said the reason for him being fired was that the store was cutting back on expenses. Shortly thereafter, **DEFENDANT** hired younger individuals to replace **PLAINTIFF**. At the time **PLAINTIFF** was fired he was 47 years old. **PLAINTIFF** has filed his claim with the Equal Employment Opportunity Commission which has now given **PLAINTIFF** a right to sue letter. See Exhibit A.

## E. AGE DISCRIMINATION

At the time **PLAINTIFF** was fired he was 47 years earning $100,000 per year. **PLAINTIFF** was performing his job well however, **DEFENDANT** fired him and hired younger individuals to replace him. These actions by **DEFENDANT** constitute discrimination based on **PLAINTIFF'S** age and are in violation of the Age Discrimination Act, 29 U.S.C. §623.

## F. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**PLAINTIFF** will show that **DEFENDANT** acted intentionally or recklessly in firing him from his position. It is clear that **DEFENDANT'S** actions were extreme and

outrageous since his actions resulted in **PLAINTIFF** not being able to work and support a family. All actions by **DEFENDANT** were directly against **PLAINTIFF** and they caused him to suffer severe emotional distress.

### G. DAMAGES

As a direct and proximate result of **DEFENDANT'S** actions, **PLAINTIFF** has suffered the following damages:

A. Lost wages;

B. Loss of future wages;

C. Mental anguish in the past;

D. Mental anguish which is probable for the future;

E. Any other damages which **PLAINTIFF** can show himself entitled to receive.

F. Additionally, the actions of **DEFENDANT**, as set out above, were carried out and constituted such an entire want of care as to constitute a conscious indifference to the rights or welfare of **PLAINTIFF**. Because of spite, ill-will and malicious and fraudulent intent held by **DEFENDANT**, it committed certain acts calculated to cause injury and/or damage to **PLAINTIFF**. Accordingly, **DEFENDANT** acted with malice, actual malice and/or a specific intent to injure **PLAINTIFF**. **PLAINTIFF** is hereby entitled to recover exemplary or punitive damages to deter such cruel and undignified procedures by the **DEFENDANT** in the future. Accordingly, **PLAINTIFF** requests that punitive damages be awarded against **DEFENDANT** as a result of its violations of the law.

WHEREFORE, PREMISES CONSIDERED, **PLAINTIFF, JUAN LUIS JARAMILLO,** prays that judgment be entered against **DEFENDANT, FURNITURE FACTORY**

**WAREHOUSE**, for an amount not to exceed the jurisdictional limits of this Court, plus interest thereon at the legal rate, for pre-judgment and post-judgment interest as allowed by law, for costs of court, and for such other relief, general or specific, legal or equitable, to which **PLAINTIFF** may show himself justly entitled.

Respectfully submitted,

By: _____
Reynaldo G. Garza III (Trey)
S.B.O.T.: 24008806
ATTORNEY AT LAW
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
(956) 574-9502 Tel.
(956) 574-9506 Fax.

# Exhibit "A"

EEOC Form 161 (10/96)     U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: MR. JUAN LUIS JARAMILLO  
c/o Reynaldo G. Garza, III  
120 MORELOS AVE.  
RANCHO VIEJO, TX 78575

From: Equal Employment Opportunity Commission  
5410 Fredericksburg Road Suite 200  
San Antonio, Texas 78229

[ ] On behalf of person(s) aggrieved whose identity is  
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 360A2 01456 | Austin Jaycox, Enforcement Supervisor | (210) 281-7650 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state) _____

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed WITHIN 90 DAYS from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

Equal Pay Act (EPA): EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_____       12/24/02
Pedro Esquivel, Director         (Date Mailed)

Enclosure(s)

cc: FURNITURE FACTORY WAREHOUSE/Dyer & Associates

```
RUN DATE 04/24/03                                                                PAGE: 01
RUN TIME 3:37 PM                                                         2003-03-001602-G

                        * * * C L E R K ' S   E N T R I E S * * *

JUAN LUIS JARAMILLO                     00506302                    (10)
                                        REYNALDO GARZA, III                    03  21  03
         VS                             680 E. ST. CHARLES, STE. 110
                                        BROWNSVILLE, TEXAS   78520 0000    WRONGFUL TERMINATION
FURNITURE FACTORY WAREHOUSE

                                                        03/21/03 ORIGINAL PETITION FILED
                                                        03/21/03 CITATION: FURNITURE FACTORY WAREHOUSE
                                                        03/21/03 SERVED:
```

United States District Court
Southern District of Texas
FILED

APR 25 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § § | |
| v. | § § | CIVIL ACTION NO. B 03-074 |
| FURNITURE FACTORY WAREHOUSE | § § | |

## LIST OF COUNSEL OF RECORD

**Counsel For Plaintiff**

Mr. Reynaldo Garza, III
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
Tel: (956) 574-9502
Fax: (956) 574-9506


**Counsel For Defendant**

Raymond A. Cowley
Rodriguez, Colvin & Chaney, LLP
4900 North 10th, Bldg. A2
McAllen, Texas 78504
Tel: (956) 686-1287
Fax: (956) 686-6197


J.W. Dyer
Dyer & Associates
3700 N. 10th St., Suite 105
McAllen, Texas 78501
Tel: (956) 686-6606
Fax : (956) 686-6601

United States District Court
Southern District of Texas
FILED

APR 25 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § § | |
| v. | § § | CIVIL ACTION NO. B 03 - 74 |
| FURNITURE FACTORY WAREHOUSE | § § | |

# INDEX

1. Notice of Removal
2. Civil Cover Sheet
3. Citation
4. Plaintiff's Original Petition
5. Civil Docket Sheet - State Court
6. List of Counsel of Record