United States District Court
Southern District of Texas
FILED

MAY 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § | |
| | § | |
| v. | § | CIVIL ACTION NO. <u>B 03-74</u> |
| | § | |
| FURNITURE FACTORY WAREHOUSE | § | |

## DEFENDANT'S CERTIFICATE OF ENTITIES WITH FINANCIAL INTEREST IN THIS CASE

Pursuant to the Court's Order Setting Conference, Defendant FURNITURE FACTORY WAREHOUSE lists the following entities that are financially interested in this litigation, including parent, subsidiary and affiliated corporations:

Juan Luis Jaramillo
Plaintiff

Reynaldo Garza, III
680 E. St. Charles, Ste. 110
Brownsville, Texas 78520
Plaintiff's Attorney

Furniture Factory Warehouse, Inc.
Defendant

The Giles Group, Inc.
2663 Valleydale Rd. #331
Birmingham, Alabama 35244

Respectfully submitted,

*[signature]*
Raymond A. Cowley
State Bar I.D. No. 04932400

4900 A-2 N. 10th St.
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefacs : (956) 686-6197

ATTORNEY FOR DEFENDANT

OF COUNSEL:

**RODRIGUEZ, COLVIN & CHANEY LLP**

### CERTIFICATE OF SERVICE

I, Raymond A. Cowley, hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, to the following counsel of record, on the _____ day of _____, 2003.

> Mr. Reynaldo Garza, III
> 680 E. St. Charles, Ste. 110
> Brownsville, Texas 78520

*[signature]*
Raymond A. Cowley