United States District Court
Southern District of Texas
FILED

MAY 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-74 |
| | § | |
| FURNITURE FACTORY WAREHOUSE | § | |

## PLAINTIFF'S CERTIFICATE OF ENTITIES
## WITH FINANCIAL INTEREST IN THIS CASE

Pursuant to the Court's Order Setting Conference, Plaintiff JUAN LUIS JARAMILLO, lists the following entities that are financially interested in this litigation, including parent, subsidiary and affiliated corporations:

Juan Luis Jaramillo
Plaintiff

Furniture Factory Warehouse, Inc.
Defendant

Raymond A. Cowley
4900 A-2 N. 10th St.
McAllen, Texas 78504
Defendant's Attorney

RODRIGUEZ, COLVIN & CHANEY, L.L.P
Of Counsel, Defendant's Attorney

The Giles Group, Inc.
2663 Valleydale Rd. #331
Birmingham, Alabama  35244

Respectfully Submitted,

By: _____
REYNALDO G. GARZA, III
Attorney At Law
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
(956) 574-9502
(956) 574-9506 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a complete copy of the foregoing document, **PLAINTIFF'S CERTIFICATE OF ENTITIES WITH FINANCIAL INTEREST IN THIS CASE**, was forwarded to the following in accordance with the Federal Rules of Criminal Procedure on this **16TH** day of **May**, 2003.

| | |
|---|---|
| Mr. Raymond A. Cowley<br>4900 A-2 N. 10th St.<br>McAllen, Texas 78504 | **CMRRR: 7001 0320 0005 7665 6358** |

_____
REYNALDO G. GARZA, III