# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
ENTERED
AUG 2 5 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JUAN LUIS JARAMILLO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-03-074 |
| § | |
| FURNITURE FACTORY WAREHOUSE § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:   **INITIAL PRETRIAL CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | THIRD FLOOR COURTROOM, #6 |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
|---|---|
| August 22, 2003 @ 9:30 a.m. | August 27, 2003 @ 9:30 a.m. |

MICHAEL N. MILBY, CLERK

BY: _____Irma A. Soto_____
Irma A. Soto, Deputy Clerk

DATE: August 22, 2003

TO: ALL COUNSEL OF RECORD