Case 1:03-cv-00074   Document 8   Filed in TXSD on 08/27/2003   Page 1 of 1

United States District Court
Southern District of Texas
FILED

AUG 27 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

## INITIAL PRETRIAL & SCHEDULING CONFERENCE

CIVIL ACTION NO. B-03-074          DATE & TIME 8/27/03 @ 10:06 - 10:22 am

COUNSEL:

JUAN LUIS JARAMILLO              §   Reynaldo G. Garza, III

VS                               §

FURNITURE FACTORY WAREHOUSE      §   Raymond Cowley

---

Courtroom Deputy: Irma Soto
Law Clerk:       Christian Southwick
Court Reporter:  Barbara Barnard
CSO:             Figueroa

Case called on the docket.

Rey Garza, III appeared for the Plaintiff. Raymond Cowley appeared for the Defendant. Discussion of status.

The following dates were given the by the Court:

Plaintiff's experts by 11/7/03
Defendant's mitigation by 11/7/03
Defendant's experts by 12/19/03
Plaintiff to provide additional reports by 12/19/03
Discovery completed by 1/30/04
Dispositive Motions filed by 1/23/04
Non-Dispositive Motions filed by 2/13/04
Joint Pre-Trial order due by 2/20/04
Docket is set for 3:00 pm on 2/26/04
Jury selection is set for 9:00 am on 3/2/04

Court will allow parties to voir dire and will use a 12 person jury/10-2 verdict.

Court is adjourned.