```
                                                    United States District Court
                                                     Southern District of Texas
                                                            ENTERED
        IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS                AUG 2 8 2003
                BROWNSVILLE DIVISION
                                                    Michael N. Milby, Clerk of Court
                                                    By Deputy Clerk
```

JUAN LUIS JARAMILLO § 
§
VS. § CIVIL ACTION NO. B-03-074
§
FURNITURE FACTORY WAREHOUSE §

## Scheduling Order

1. Trial: Estimated time to try: __2-3__ days.                   ☐ Bench   ■ Jury

2. New parties must be joined by: _____

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   November 7, 2003
   Defendant's mitigation expert(s) by:                                 November 7, 2003

4. The defendant's experts must be named with a report furnished by:   December 19, 2003
   Plaintiff to provide additional reports, if necessary, by:           December 19, 2003

5. Discovery must be completed by:                                     January 30, 2004

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:                               January 23, 2004

   Non-Dispositive Motions will be filed by:                           February 13, 2004

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   The Court will provide these dates.   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

7. Joint pretrial order is due:                                        February 20, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 3:00 p.m. on:                                February 26, 2004

9. Jury Selection is set for 9:00 a.m. on:*                            March 2, 2004

---

\* Counsel to do voir dire. Jury to be twelve (12) members (not including alternates) with ten (10) or more members required to reach a verdict.

The case will remain on standby until tried.

Signed this the 28th day of August, 2003.

_____
Andrew S. Hanen
United States District Judge