*10*

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B 03-74 |
| | § | |
| FURNITURE FACTORY WAREHOUSE | § | |
| | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **REYNALDO G. GARZA, III**, Attorney of record for Plaintiff **JUAN LUIS JARAMILLO**, hereinafter collectively referred to as **"Movant",** and files this **Motion for Withdrawal of Counsel**, and in support thereof would respectfully show this Honorable Court the following:

### I.

**1.01**  This case is currently scheduled for **Jury Selection** on **February 26, 2004** at **3:00 o'clock p.m..**

### II.

**2.01**  Movant has lost all contact with his client, **JUAN LUIS JARAMILLO** and is unable to continue to effectively represent him in this matter.  As such, Movant would show this Honorable Court that he can no longer represent Mr. Jaramillo.

## III.

**3.01**  Movant would further show this Honorable Court that he has informed **Mr. Jaramillo** of the filing of this motion and has attempted to provide him with a copy of same at his last known address.

**3.02**  The undersigned counsel would show this Honorable Court that Plaintiff **JUAN LUIS JARAMILLO's** last known address and telephone number are as follows:

> **120 Morelos Avenue, Rancho Viejo, Texas 78575, (956) 350-5181 or 6800 S. Sicily Court #12, Aurora, Colorado 80016.**

## IV.

**4.01**  This withdrawal is not sought for delay, but so that justice may be done. Good cause exists for withdrawal of Movant as counsel.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court enter an Order granting Movant's **Motion for Withdrawal of Counsel** in its entirety and allow Movant to withdraw as counsel of record for Plaintiff **JUAN LUIS JARAMILLO** in this cause, and grant such other and further relief, at law or in equity, to which he may show himself to be justly entitled.

Respectfully submitted,

**LAW OFFICES OF
ERNESTO GAMEZ, JR., P.C.**
777 East Harrison Street
Brownsville, Texas  78520
Telephone No.:(956) 541-3820
Facsimile   No.:(956) 541-7694
E-mail: egamezlaw@aol.com

BY: _____

**REYNALDO G. GARZA, III**
State Bar No. 2400806
Federal Id. No. 23747

**MOVANT**

## CERTIFICATE OF CONFERENCE

I, **REYNALDO G. GARZA, III,** hereby certify that on the **7th** day of **November 2003,** I hereby certify that I conferred with Hon. Raymond A. Cowley, Attorney-in-Charge for Plaintiff, to discuss the filing of this **Motion for Withdrawal of Counsel**, and he advised me that he is not opposed to said motion.

_____

**REYNALDO G. GARZA, III**

## CERTIFICATE OF SERVICE

I, **REYNALDO G. GARZA, III,** hereby certify that on this **12th day of November 2003,** true and correct copies of the foregoing  **Motion for Withdrawal of Counsel** were served in the manner indicated to-wit:

Hon. Raymond A. Cowley                      **Via Facsimile (956) 686-6197**
**Rodriguez, Colvin & Chaney, L.L.P.**      **and First Class Mail**
4900 North 10th Street, Building A-Z
McAllen, Texas 78504

Mr. Juan Luis Jaramillo                     **Via CM RRR # 7099 3220 0006 2777 9668**
Morelos Avenue                              **and First Class Mail**
Rancho Viejo, Texas 78575

Mr. Juan Luis Jaramillo                     **Via CM RRR # 7099 3220 0006 2777 9675**
6800 South Sicily Court # 1124              **and First Class Mail**
Aurora, Colorado   80016


                                    _____
                                    **REYNALDO G. GARZA, III**

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

JUAN LUIS JARAMILLO                       §
                                          §
VS.                                       §        CIVIL ACTION NO. B 03-74
                                          §
FURNITURE FACTORY WAREHOUSE               §

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the **Motion for Withdrawal of Counsel** filed in the

above-styled and numbered cause is scheduled for hearing on the _____ day of

_____, 2003 at _____ a.m. before the Honorable Andrew S.

Hanen, United States District Judge, Third Floor-Courtroom No. 6, United States

Courthouse, 600 East Harrison Street, #301, Brownsville, Texas 78520.

**SIGNED** on this _____ day of _____, 2003.


_____
**UNITED STATES DISTRICT JUDGE**

xc:   Hon. Reynaldo G. Garza, III
      **Law Offices of Ernesto Gamez, Jr., P.C.**
      777 E. Harrison Street
      Brownsville, Texas 78520

      Hon. Raymond A. Cowley
      **Rodriguez, Colvin & Chaney, L.L.P.**
      4900 North 10th Street
      Building A-Z
      McAllen, Texas 78504

      Mr. Juan Luis Jaramillo
      Morelos Avenue
      Rancho Viejo, Texas 78575

      Mr. Juan Luis Jaramillo
      6800 South Sicily Court #1124
      Aurora, Colorado 80016

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B 03-74 |
| | § | |
| FURNITURE FACTORY WAREHOUSE | § | |

### ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL

Came to be considered Movant **Hon. REYNALDO G. GARZA, III's Motion for Withdrawal of Counsel** filed in the above-styled and numbered cause.  The Court finds that good cause exists for withdrawal of Movant as Counsel.

**IT IS THEREFORE ORDERED** that **Hon. REYNALDO G. GARZA, III**, is permitted to withdraw as counsel for Plaintiff **JUAN LUIS JARAMILLO** in the above-styled and numbered cause.

The Court finds that the last known mailing address and telephone number of **Juan Luis Jaramillo is Morelos Avenue, Rancho Viejo, Texas 78575, (956) 350-5181 or 6800 South Sicily Court #1124, Aurora, Colorado 80016, ORDERS** that all notices in this cause shall be forwarded to **Mr. Jaramillo** at that address in accordance with Rule 5 of the Federal Rules of Civil Procedure.

**SIGNED** on this the _____ day of _____, 2003.

_____
**UNITED STATES DISTRICT JUDGE**

xc:    Hon. Reynaldo G. Garza, III
        777 East Harrison Street
        Brownsville, Texas 78520

        Hon. Raymond A. Cowley
        **Rodriguez, Colvin & Chaney, L.L.P.**
        4900 North 10th Street
        Building A-Z
        McAllen, Texas 78504

        Mr. Juan Luis Jaramillo
        Morelos Avenue
        Rancho Viejo, Texas 78575

        Mr. Juan Luis Jaramillo
        6800 South Sicily Court #1124
        Aurora, Colorado 80016