United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § | |
| | § | |
| V. | § | CIVIL NO. B-03-074 |
| | § | |
| FURNITURE FACTORY WAREHOUSE | § | |

## ORDER

The Court having received Plaintiff's counsel's Motion to Withdraw hereby orders counsel to detail by affidavit all attempts (including telephone, mail, fax, etc.) to contact his client including exhibits such as xerox copies of all returned mail which exemplify the unsuccessful efforts to contact Mr. Jaramillo. After this order has been complied with, the court will consider the Motion to Withdraw.

Signed this 18th day of November, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge