IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § § | |
| v. | § § | CIVIL ACTION NO. B 03-74 |
| FURNITURE FACTORY WAREHOUSE | § § | |

United States District Court
Southern District of Texas
FILED

FEB 0 4 2004

Michael N. Milby
Clerk of Court

## AGREED MOTION TO DISMISS WITH PREJUDICE

**JUAN LUIS JARAMILLO**, Plaintiff in the above-entitled and numbered cause, moves this Court to dismiss this cause with prejudice to her right to refile same or any part thereof, for the reason that any and all claims and controversies have been fully and finally compromised and settled between the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully moves this Court to dismiss with prejudice any and all claims asserted in the above-entitled cause, with prejudice to her right to refile same or any part thereof, with costs of suit taxed against each party incurring same.

Respectfully submitted,

**ERNEST GAMEZ, JR., P.C.**
777 E. Harrison
Brownsville, Texas 78520-7118
Telephone: (956) 541-3820
Telefax: (956) 541-7694

_____
REYNALDO G. GARZA, III
State Bar No. 24008806

ATTORNEY FOR PLAINTIFF

AGREED TO BY:

RODRIGUEZ, COLVIN & CHANEY, LLP
4900 A-2 North Tenth Street
McAllen, Texas 78504
Telephone: (956) 686-1287
Telefax #: (956) 686-6197

_____
Raymond A. Cowley
State Bar No. 04932400

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by **certified mail, return receipt requested**, to the following counsel of record on this the 30th day of January, 2003.

Mr. Raymond A. Cowley
RODRIGUEZ, COLVIN & CHANEY, LLP
4900 N. 10th Street, Bldg. A-2
McAllen, Texas 78504

_____
REYNALDO G. GARZA, III.