13

United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-74 |
| | § | |
| FURNITURE FACTORY WAREHOUSE | § | |

## STATEMENT OF CLIENT REGARDING SETTLEMENT

I Juan Luis Jaramillo am aware that attorney Reynaldo G. Garza, III, had originally attempted to withdraw from this case (CAUSE NO: B-03-74) because he had lost contact with me. I have since made contact with Mr. Garza and have decided to settle my case. He is not withdrawing and I wish him to represent me in the settlement of the case.



TANYA PEREZ
MY COMMISSION EXPIRES
May 12, 2006

Juan Luis Jaramillo

Signed before me under oath on the 5th day of February 2004.

Tanya Perez
Notary for the State of Texas