IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| JUAN LUIS JARAMILLO | § § | |
| v. | § | CIVIL ACTION NO. B 03-74 |
| FURNITURE FACTORY WAREHOUSE | § § § | |

## ORDER OF DISMISSAL

CAME ON to be considered the *Agreed Motion To Dismiss With Prejudice*, filed by Plaintiff in the above-entitled and numbered cause. The Court, having considered the *Agreed Motion,* finds that the *Agreed Motion* should be granted. IT IS THEREFORE

ORDERED, ADJUDGED AND DECREED that all claims asserted in the above-entitled and numbered cause are dismissed with prejudice to the right of Plaintiff to refile same or any part thereof. All court costs are taxed against the party incurring same.

DONE this 9th day of _____, 2003, at Brownsville, Texas.

_____
JUDGE PRESIDING

xc:   Mr. Raymond A. Cowley
      Rodriguez, Colvin & Chaney, LLP
      4900 A2 North 10th
      McAllen, Texas 78504

      Mr. Reynaldo Garza, III
      777 E. Harrison
      Brownsville, Texas 78520-7118